IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN A. CONNER DPM, P.C., individually and as the representative of a class of similarly-situated persons,<br><br>        Plaintiff,<br><br>    v.<br><br>DRY CAST HOLDINGS LLC d/b/a DRYCAST,<br><br>        Defendant. | Case No. 18-139<br><br>CLASS ACTION |

## STATUS REPORT ON SETTLEMENT

Plaintiff, Steven A. Conner, DPM, P.C. ("Plaintiff"), submits this status report in response to the Court's order of May 9, 2018. ECF 6. Plaintiff and defendant, Drycast Holdings, LLC ("Defendant"), have reached an agreement-in-principle to settle this case on an individual basis. ECF 4. The parties are currently in the process of exchanging documents and memorializing the settlement agreement in written documents. Upon completion of the written settlement documents, Plaintiff expects to file a Stipulation of Dismissal with the Court. As such, Plaintiff requests a thirty (30) day extension to the May 17, 2018 deadline set in the Court's most recent order to show cause. ECF 6.

                                                Respectfully submitted,
                                                SHENKAN INJURY LAWYERS LLC

Dated: May 17, 2018

                                                By: /s/ Richard Shenkan
                                                     One of plaintiff's attorneys

Richard Shenkan (PA 79800)
SHENKAN INJURY LAWYERS, LLC
P.O. Box 7255
New Castle, PA 16107
(248) 562-1320
(888) 769-1774 (fax)
rshenkan@shenkanlaw.com

Phillip A. Bock
David M. Oppenheim
BOCK, HATCH, LEWIS & OPPENHEIM, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL 60602
(312) 658-5500
(312) 658-5555 (fax)
phil@classlawyers.com
david@classlawyers.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 17, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

      /s/ Richard Shenkan
      One of Plaintiff's attorneys