## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN A. CONNER DPM, P.C., *individually and as the representatives of a class of similarly-situated persons*, Plaintiff, | : : : : : : | |
| v. | : : : | CIVIL ACTION No. 18-139 |
| DRY CAST HOLDINGS LLC d/b/a DRYCAST, Defendant. | : : : | |

## ORDER

**AND NOW,** this 21ST day of May, 2018, upon consideration of Plaintiff's Status Report on Settlement (ECF No. 7) Plaintiff is **ORDERED TO SHOW CAUSE on or before June 18, 2018**, why this case should not be marked settled and closed.

s/Anita B. Brody

_____

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: