IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN A. CONNER DPM, P.C., *individually and as the representatives of a class of similarly-situated persons*,<br>Plaintiff,<br><br>v.<br><br>DRY CAST HOLDINGS LLC d/b/a DRYCAST,<br>Defendant. | CIVIL ACTION<br>No. 18-139 |

## ORDER

**AND NOW,** this 4TH day of September, 2018, it is **ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution.[1]

s/Anita B. Brody

_____

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:        Copies **MAILED** on _____ to:

---

[1] On May 17, 2018, Plaintiff reported to the Court that the parties had reached an agreement-in-principle to settle this case on an individual basis. *See* ECF No. 7. The Court ordered Plaintiff to show cause on or before June 18, 2018, why this case should not be marked settled and closed. *See* ECF No. 8. To date, Plaintiff has failed to comply with the Court's order.